IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAJAEL RUDLEY (02) | No. 3:20-MJ-548-BN |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, Lajael Rudley, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

　　　_____  Crime of violence (18 U.S.C. § 3156)

　　　_____  Maximum sentence life imprisonment or death

　　　_____  10 + year drug offense

　　　_____  Felony, with two prior convictions in above categories

　　　__X__  Serious risk defendant will flee

　　　_____  Serious risk obstruction of justice

　　　_____  Felony involving a minor victim

　　　__X__  Felony involving a firearm, destructive device, or any other dangerous weapon

　　　_____  Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __X__   Defendant's appearance as required

   __X__   Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

   _____   Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

   _____   Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. § 2332b(g)(5)

   _____   Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§ 1201, 2251

   _____   Previous conviction for "eligible" offense committed while on bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   _____   At first appearance

   __X__   After continuance of **3** days (not more than 3).

DATED this 5th day of June, 2020.

        Respectfully submitted,

        ERIN NEALY COX
        UNITED STATES ATTORNEY

        /s/ *Joseph A. Magliolo*
        Joseph A. Magliolo
        Assistant United States Attorney
        Texas State Bar No. 24074634
        1100 Commerce Street, Suite 300
        Dallas, Texas 75242
        Tel: 214.659.8736
        Fax: 214.767.0978
        E-Mail: joseph.magliolo@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on **June 5, 2020**, I hand-filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, in open Court. I do not know the attorney who will represent the defendant; however, I hereby certify that I will hand-deliver a copy of the foregoing document to the attorney or the defendant at the first available opportunity to do so.

        /s/ *Joseph A. Magliolo*
        Joseph A. Magliolo
        Assistant United States Attorney